

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| IN RE: PUBLICACIONES E. IMPRESOS DEL NORTE, S. DE R. L. DE C. V., PUBLICACIONES PASO DEL NORTE, S. A. DE C. V., AND PASO DEL NORTE PUBLISHING INC., | § § § | No. 08-22-00099-CV AN ORIGINAL PROCEEDING IN MANDAMUS |
| Relators. | § | |
| | § | |

**O R D E R**

The Court has considered Relators' petition for writ of mandamus and is of the opinion that the case should be set for submission with oral argument. A submission date has not yet been determined. The parties will be provided with advanced notice of the setting. See Tex.R.App.P. 39.8

IT IS SO ORDERED this 9th day of September, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.